CRAWFORD COUNTY MUNICIPAL COURT
CRAWFORD COUNTY, OHIO

| | |
|---|---|
| **KEVIN W. PHILLIPS**<br>360 N Wiley St<br>Crestline, OH 44827<br><br>Plaintiff,<br><br>v.<br><br>**MIDLAND FUNDING LLC**<br>Csc-Lawyers Incorporating Service<br>(Corporation Service Company)<br>50 W. Broad St., Ste. 1800<br>Columbus, OH 43215,<br><br>Defendant. | ) Case No.: CVF 1001158<br>)<br>)<br>) JUDGE:<br>)<br>) Magistrate:<br>)<br>)<br>) COMPLAINT<br>)  FILED<br>) OCT 14 2010<br>) CRAWFORD COUNTY MUNICIPAL COURT<br>) BUCYRUS, OHIO<br>) |

\* \* \*

## I. Parties

1. Plaintiff Kevin W. Phillips ("Mr. Phillips") is a natural person residing in Crawford County, Ohio.

2. Defendant Midland Funding LLC ("Midland") is a limited liability company organized under the laws of the State of Delaware. At all times relevant, Midland used the name "Midland Funding DE LLC".

3. Midland regularly sends mail to Ohio residents to attempt to collect debts.

4. Midland regularly utilizes Ohio courts to attempt to collect debts.

5. Midland regularly attempts to collect debts which Midland acquires or claims it acquires after default.

6. At all times relevant to this case, Midland was a "debt collector" as defined by the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692a(6).

## II. Factual Allegations

7. In September of 2005, Mr. Phillips signed a revolving loan agreement with Beneficial Ohio Inc. Mr. Phillips was not able to keep up with certain payments on the loan (the "Alleged Debt").

8. The Alleged Debt was incurred for Mr. Phillips's personal, family and household use.

9. On October 15, 2009, Midland filed a civil law suit against Mr. Phillips to collect the Alleged Debt in the Crawford County Municipal Court in Crawford County, Ohio, assigned case number CVF 09-1263 (the "Collection Suit").

10. Midland claimed in the Collection Suit that Midland was an assignee of the creditor for the Alleged Debt.

11. In the Collection Suit, Midland claimed that it was "entitled to recover the amount owed by" Mr. Phillips on the Alleged Debt.

12. In the Collection Suit, Midland claimed that Mr. Phillips owed Midland $8,795.76.

13. Upon information and belief, at the time Midland filed the Collection Suit, Midland was not an assignee of the creditor for the Alleged Debt.

14. Upon information and belief, at the time Midland filed the Collection Suit, Midland was not "entitled to recover the amount owed by" Mr. Phillips on the Alleged Debt.

15. Upon information and belief, at the time Midland filed the Collection Suit, Mr. Phillips did not owe Midland $8,795.76.

16. Mr. Phillips hired legal counsel to defend him in the Collection Suit.

17. After Mr. Phillips's attorneys responded to the Collection Suit complaint, and demanded discovery from Midland, Midland dismissed the Collection Suit.

18. As a result of Midland's actions, Mr. Phillips has suffered actual damages, including but not limited to, legal expenses for defending against the Collection Suit, stress, frustration, and aggravation.

### III. Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692

19. Plaintiff incorporates by reference all of the above allegations.

20. The actions of Midland were deceptive, unfair, and unconscionable.

21. As a result of the above violations of the FDCPA, Mr. Phillips suffered actual damages.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Midland for the following:

A. Actual damages as determined by the trier of fact.

B. Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k.

C. Court costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k.

D. For such other and further relief as may be just and proper.

Respectfully submitted,

*/s/ Gregory S. Reichenbach*
Gregory S. Reichenbach (0077876)
P.O. Box 256
Bluffton, OH 45817
(419) 529-8300
FAX: (419) 529-8310
Greg@ReichenbachLaw.com

*/s/ 77876 per consent*
Jeffrey Stiffler (0084723)
David C. Badnell CO LPA
21 N Walnut St
Mansfield, OH 44902
(419) 525-0800
FAX: (419) 525-0804
Email: jrs@davidbadnell.com

Attorneys for Plaintiff

3



Crawford County Municipal Court
112 East Mansfield Street
P O Box 550
Bucyrus, OH 44820

CERTIFIED MAIL

7160 3901 9848 9470 7720

MIDLAND FUNDING LLC
CORPORATION SERVICE COMPANY
50 W BROAD ST STE 1800
COLUMBUS OH 43215

43215=8910 C004